MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
TONY CLARK,                      :
                                 :
            Plaintiff,           :
                                 :
        - v. -                   :
                                 :   STIPULATION AND ORDER
MICHAEL J. ASTRUE,               :   07 Civ. 9853 (LAP)
Commissioner of                  :
Social Security,                 :
                                 :
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x


        IT IS HEREBY STIPULATED AND AGREED, by and between

the attorney for the defendant and the plaintiff pro se, that the

defendant's time to answer or move with respect to the complaint

in the above-captioned action is extended from February 25, 2008 to

and including April 25, 2008.  The reason for the request is

C

the administrative record has not yet been received by defendant's counsel. No prior extension has been requested in this case.

Dated: New York, New York
       January 23, 2008

                              *Tony Clark*
                              TONY CLARK
                              Plaintiff pro se
                              70 West 115th Street
                                Apt.#13E
                              New York, New York 10026
                              Tel. No.: (212) 423-0605

                              MICHAEL J. GARCIA
                              United States Attorney
                              Southern District of New York
                              Attorney for Defendant

                     By: _____
                              JOHN E. GURA, JR.
                              Assistant United States Attorney
                              86 Chambers Street - 3rd Floor
                              New York, New York 10007
                              Telephone No.: (212) 637-2712
                              John.Gura@usdoj.gov

SO ORDERED:

*Loretta A. Preska*
UNITED STATES DISTRICT JUDGE

*March 28, 2008*