PRESKA/S

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750

USDC SDNY ORIGINAL
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08

RECEIVED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

TONY CLARK,

        Plaintiff,

    - v. -

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

        Defendant.

- - - - - - - - - - - - - - - - x

LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S. D. N. Y.

STIPULATION AND ORDER
07 Civ. 9853 (LAP)

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from April 25, 2008 to and including June 25, 2008.  The reason for the request is

because the defendant's counsel has not yet been able to complete his review of the administrative record. One previous extension has been granted in this case.

Dated:  New York, New York
        March  13 , 2008

*Tony Clark*
TONY CLARK
Plaintiff pro se
70 West 115th Street
   Apt.#13E
New York, New York  10026

MICHAEL J. GARCIA
United States Attorney
Southern District of New York
Attorney for Defendant

By: _____
JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-2712
John.Gura@usdoj.gov

SO ORDERED:

*Loretta A. Preska*
UNITED STATES DISTRICT JUDGE

April 14, 2008